Respondents disbarred.

In the Matter of JOHN A. O'MELIA, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, April 21, 1953.

*George G. Hunter, Jr.,* of counsel (*Frank H. Gordon,* attorney), for petitioner.

No one appearing for respondent.

*Per Curiam.* Though there were nine serious charges made against respondent, involving larceny, forgery, gross neglect and other misdeeds, he neither answered the petition herein nor did he appear at any of the hearings before the Referee to explain his conduct.

The Referee has found that respondent's guilt on each of nine charges of professional misconduct has been established by overwhelming evidence. The record fully supports the Referee's findings.

The report of the Referee should be confirmed and respondent should be disbarred.

DORE, J. P., COHN, VAN VOORHIS, BREITEL and BERGAN, JJ., concur.

Respondent disbarred.